

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,545-01

### EX PARTE RONALD GENE GRIZZLE JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F48507-A IN THE 249ᵀᴴ DISTRICT COURT
### FROM JOHNSON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of aggravated sexual assault of a child, two counts of indecency with a child by contact, and two counts of indecency with a child by exposure. Applicant was sentenced to sixty years' imprisonment in the aggravated sexual assault of a child charge, ten years' imprisonment in the indecency by contact counts, and to five years' imprisonment, probated for ten years, in the indecency by exposure counts. His convictions were affirmed on appeal. *Grizzle v. State*, No. 10-14-00204-CR (Tex. App.—Waco

Jan. 15, 2015) (not designated for publication).

Applicant raises five grounds challenging his convictions. After an independent review of the record, we deny relief as to Counts 1, 2, and 3. Applicant's punishment in Counts 4 and 5 is probated, so the challenges to those counts are dismissed. TEX. CODE CRIM. PROC. Art. 11.072.

Filed: September 19, 2018
Do not publish